John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
JOHN YAP &
IRENE LOKE

*E-Filed 03/26/2010*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN YAP, an individual; and IRENE LOKE, an individual<br><br>             Plaintiff(s),<br><br>     vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, NATIONAL ASSOCIATION, a United States Corporation, f.k.a. COUNTRYWIDE HOME LOANS SERVICING, LP; THE BANKOF NEW YORK MELLON f.k.a. THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OH2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; and DOES 1 – 10;<br><br>             Defendants. | **CASE NO: 5:09-cv-04639-RS**<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

The Case Management Conference was set for April 1, 2010 at 10:00 AM.

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to __June 13__, 2010. *

IT IS SO ORDERED.

Dated: March 26, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

*At 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.

-2-

ORDER CONTINUING JOINT SCHEDULING CONFERENCE