John W. Villines (CA SBN 193672)  
JV LAW  
726 14th Street, Suite E  
Modesto, CA  95354  
*Mailing Address*:  
P.O. Box 580049  
Modesto, CA  95358-0002  
Tel:  (209) 524-9903  
Fax: (209) 524-6655  
E-Mail:  john@jvlaw.net  

*E-Filed 03/26/2010*

Attorneys for Plaintiff  
JOHN YAP &  
IRENE LOKE  

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOHN YAP, an individual; and IRENE LOKE, an individual<br><br>Plaintiff(s),<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, NATIONAL ASSOCIATION, a United States Corporation, f.k.a. COUNTRYWIDE HOME LOANS SERVICING, LP; THE BANKOF NEW YORK MELLON f.k.a. THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OH2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; and DOES 1 – 10;<br><br>Defendants. | **CASE NO: 5:09-cv-04639-RS**<br><br>**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

The Case Management Conference was set for April 1, 2010 at 10:00 AM.

-1-

**ORDER CONTINUING JOINT SCHEDULING CONFERENCE**

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to ˍJune ~~13~~ 10ˍ, 2010. *

IT IS SO ORDERED.

Dated: March 26, 2010      _____
                           RICHARD SEEBORG
                           UNITED STATES DISTRICT JUDGE

*At 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.