1  John W. Villines (CA SBN 193672)
   JV LAW
2  726 14th Street, Suite E
   Modesto, CA  95354
3  *Mailing Address*:
   P.O. Box 580049
4  Modesto, CA  95358-0002
   Tel:  (209) 524-9903
5  Fax: (209) 524-6655
   E-Mail:  john@jvlaw.net

6  Attorneys for Plaintiff
   JOHN YAP &
7  IRENE LOKE

8

9  **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN JOSE DIVISION**

12

| | |
|---|---|
| JOHN YAP, an individual; and IRENE LOKE, an individual | **CASE NO: 5:09-cv-04639-RS** |
| Plaintiff(s), | **[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, NATIONAL ASSOCIATION, a United States Corporation, f.k.a. COUNTRYWIDE HOME LOANS SERVICING, LP; THE BANKOF NEW YORK MELLON f.k.a. THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OH2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; and DOES 1 – 10; | |
| Defendants. | |

The Case Management Conference was set for June 10, 2010 at 10:00 AM.

In Courtroom 3, 17th Floor, San Francisco.

IT IS HEREBY ORDERED that the Case Management Conference shall be continued to September 2, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated: June  3, 2010  _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE