*E-Filed 7/19/10*

John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA 95354
Tel: (209) 524-9903
Fax: (209) 524-6655
E-Mail: john@jvlaw.net

Attorneys for Plaintiff
JOHN YAP &
IRENE LOKE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN YAP, an individual; and IRENE LOKE, an individual<br><br>Plaintiff(s),<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, a subsidiary of BANK OF AMERICA, NATIONAL ASSOCIATION, a United States Corporation, f.k.a. COUNTRYWIDE HOME LOANS SERVICING, LP; THE BANKOF NEW YORK MELLON f.k.a. THE BANK OF NEW YORK, as Trustee for the CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 2007-OH2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH2; and DOES 1 – 10;<br><br>Defendants. | **CASE NO: 5:09-cv-04639-RS**<br><br>**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs JOHN YAP &

IRENE LOKE have filed and served on all parties a Notice of Voluntarily

Dismissal Without Prejudice.

-1-

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

IT IS ORDERED that the above-captioned action, *Yap, et al v. BAC Home Loan Servicing, LP, et al,* Case Number 5:09-cv-04639-RS, be, and hereby is, dismissed without prejudice.

Dated:_7/19____, 2010          _____
                               United States District Court Judge

-2-

ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)